IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

PAUL VALDEZ,
    Plaintiff,

      v.                               Civil No. 3:20cv542 (DJN)

DEPUTY FURHMAN, *et al.*,
    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on July 22, 2020, the Court conditionally docketed Plaintiff's action. (ECF No. 3.) On July 31, 2020, the United States Postal Service returned the July 22, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "no longer at this jail," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                        _____ /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated: August 7, 2020